NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRI INTERNATIONAL INC.,**
*Plaintiff-Cross Appellant,*

v.

**INTERNATIONAL SECURITY SYSTEMS, INC. (a Delaware Corporation) and INTERNET SECURITY SYSTEMS, INC. (a Georgia Corporation),**
*Defendants-Appellants,*

and

**SYMANTEC CORPORATION,**
*Defendant-Appellant.*

---

2009-1562, -1575, -2010-1010

---

Appeals from the United States District Court for the District of Delaware in case no. 04-CV-1199, Judge Sue L. Robinson.

---

**ON MOTION**

---

Before NEWMAN, *Circuit Judge.*

**ORDER**

Symantec Corporation moves to strike a portion of SRI International Inc.'s reply brief. SRI opposes. Symantec replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to strike is deferred for consideration by the merits panel assigned to hear the case.

(2) Copes of this order, the motion, the opposition, and the reply shall be transmitted to the merits panel.

FOR THE COURT

**JUN 1 8 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Frank E. Scherkenbach, Esq.
     Holmes J. Hawkins, III, Esq.
     Robert M. Galvin, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 8 2010**

**JAN HORBALY**
**CLERK**